IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 19-CR-00179-WJM-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     JUSTIN WALKER

        Defendants.

---

**UNITED STATES' MOTION FOR LEAVE TO RESTRICT ECF 110 AND 111**

---

The United States of America, by and through Assistant United States Attorney Brian Dunn, respectfully moves to restrict Document Nos. 110 and 111, and any order revealing the contents of that document for the reasons stated in the document. The United States requests a "Level 2" restriction which would make the document, any order revealing the contents of that document, viewable by this party, the government, and the Court only. D.C.COLO.LCrR.47.1(b).

1

DATED this 22ND day of November, 2023.

COLE FINEGAN
United States Attorney


s/ Brian Dunn
BRIAN DUNN
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Telecopier: (303) 454-0403
E-mail: Brian.Dunn@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

s/ *Brian Dunn*
BRIAN DUNN
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Telecopier: (303) 454-0403
E-mail: Brian.Dunn@usdoj.gov